## MEMORANDUM DECISIONS.

ABRAHAMS, Respondent, v. SPILKER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Paul M. Abrahams against Carl A. Spilker. No opinion. Judgment and order affirmed, with costs.

In re ADAMS. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of Charles J. Adams. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 333, 113 N. Y. Supp. 293.

ALDRICH, Appellant, v. STILSON, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Howard Aldrich against John E. Stilson.
PER CURIAM. Judgment and order affirmed, with costs.
COCHRANE, J., not sitting.

In re ANDREWS. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of Blanche L. Andrews. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 457, 109 N. Y. Supp. 831.

ANNESS, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Harry R. Anness against the Rochester Railway Company.
PER CURIAM. Order affirmed, with costs.
WILLIAMS and ROBSON, JJ., dissent.

BALL, Respondent, v. WESTCOTT, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Charles A. Ball against Minnie H. Westcott. No opinion. Judgment unanimously affirmed, with costs.

BARNES et al., Respondents, v. WATERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Helen M. Barnes, an infant, etc., and another, against Arthur H. Waterman, individually and as sole surviving executor, etc., of Robert T. Hicks, deceased. No opinion. Judgment and order (54 Misc. Rep. 392, 104 N. Y. Supp. 685) affirmed, with costs, upon the opinion of Morschauser, J., at Special Term.

In re BAUBY. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) In the matter of the application of Charles W. Bauby for admission to the bar. No opinion. Application granted.

BAUER, Respondent, v. FAIRBARNS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Richard H. Bauer against Ira R. Fairbarns and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BECKER, Respondent, v. ACME FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Acme Fire Insurance Company, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. ANCHOR FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Anchor Fire Insurance Company, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. ILLINOIS NAT. FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Illinois National Fire Insurance Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. LAW FIDELITY & GENERAL INS. CORPORATION, Limited, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Law Fidelity & General Insurance Corporation, Limited, impleaded with others. No opinion. Judgment and order affirmed, with costs.

BECKER, Respondent, v. MILWAUKEE GERMAN FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Frances A. Becker against the Milwaukee German Fire Insurance Company, impleaded with others. No opinion. Judgment and order affirmed, with costs.